UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

RITA D. MOSLEY

Attorney

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj240/EMT

waived

Defendant's

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 324.022 and 18 U.S.C. §§ 7 & 13 | Driving Without Insurance | 6/28/08 | One |
| F.S.S. § 322.34(1) and 32 C.F.R. §210 | Driving With Suspended License Without Knowledge | 6/28/08 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than September 17, 2008.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 15.00 | $ 90.00 | $ 0.00 |

Date of Imposition of Sentence - 8/20/08

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 8-26-08